IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

BRIAN BELL-02,
TOBIAS GOINES-03,

    Defendants.

CRIMINAL CASE NO.

1:12-cr-199-JEC-JFK

## **ORDER**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [55] recommending denying defendant Goines' Motion for Severance [42]. No objections to the Report and Recommendation [55] have been filed. The Court has reviewed the Final Report and Recommendation [55] on the merits and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [55] **DENYING** defendant Goines' Motion for Severance [42].

SO ORDERED, this 14th day of DECEMBER, 2012.

                          /s/ Julie E. Carnes
                          JULIE E. CARNES
                          CHIEF UNITED STATES DISTRICT JUDGE